UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America,

    Plaintiff,

-v-                                      Case No. 2:10–cr–250

Curtis Samuel,                    Judge Michael H. Watson

    Defendant.

## ORDER

Before the Court is the Report and Recommendation (ECF No. 25) from the Magistrate Judge that Defendant's plea of guilt be accepted. Defendant, by consent (Consent, ECF No. 24), appeared before the Magistrate Judge and, pursuant to Fed. R. Crim. P. 11, entered a conditional plea of guilty to a one-count Indictment charging him with failing to register as required under the Sex Offender Registration Notification Act in violation of 18 U.S.C. § 2250(a). Subsequently, the Magistrate Judge filed a Report and Recommendation concluding that

> at the time he entered his guilty plea, Defendant was in full possession of his faculties. . . . [Defendant understood] the nature and meaning of the charge returned in the Indictment and the consequences of his plea. . . . Defendant confirmed the accuracy of the material aspects of the investigating officer's statement of facts supporting the charge. He confirmed that he is pleading guilty to Count One of the Indictment because he is in fact guilty of the offense charged in the Indictment.
>
> The [Magistrate Judge] concludes that Defendant's plea of guilty to Count One of the Indictment is knowingly and voluntarily made with the understanding of the nature and meaning of the charge and of the consequences of his plea.

Report and Recommendation 1–2, ECF No. 25. The Magistrate Judge recommended that "Defendant Curtis Samuel's guilty plea to Count One of the Indictment be accepted." *Id.*

The Court has also carefully reviewed and considered the Report and Recommendation (ECF No. 25) from the Magistrate Judge that Defendant's plea of guilt be accepted. The Court notes no party filed any objection to the Magistrate Judge's Report and Recommendation. Furthermore, the presentence investigation report has been prepared and the Court has reviewed it in its entirety. ECF No. 27.

Having reviewed the aforementioned documents and finding the Report and Recommendation to be sound, the Court finds that Defendant knowingly and voluntarily tendered a plea of guilty to the charge and the Court hereby **ACCEPTS** the plea and **ADOPTS** the Magistrate Judge's Report and Recommendation in its entirety.

**IT IS SO ORDERED.**

_/s/ Michael H. Watson_
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**